IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARLA F. DUNLAP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:13-cv-802-O |
| CITY OF FORT WORTH, | § § § | |
| Defendant. | § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Plaintiff's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court. Defendant City of Fort Worth's Motion to Dismiss or For More Definite Statement is **GRANTED**, and this case is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 12(b)(5).

**SO ORDERED** on this **28th day of April, 2014.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE